JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YUSLEIDY GONZALEZ-PEREZ, individually;<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. an Ohio Corporation; DOES II–V; and ROE CORPORATIONS I-V, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01204-APG-BNW<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

WHEREAS all Parties and their counsel have agreed upon a full and final settlement of the above-captioned matter:

**IT IS HEREBY STIPULATED AND AGREED** by and between Jerry S. Busby, Esq. and Pooja Kumar, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Justin G. Randall, Esq. of ER INJURY ATTORNEYS as counsel of record for Plaintiff YUSLEIDY GONZALEZ-PEREZ as follows:

1. That the claims herein of Plaintiff YUSLEIDY GONZALEZ-PEREZ against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

//

2. That there is no trial date set for this matter inasmuch as this matter is still in the discovery phase.

**IT IS SO STIPULATED.**

DATED this ___ day of June, 2025.
**ER INJURY ATTORNEYS**

/s/
_____
JUSTIN G. RANDALL, ESQ.
Nevada Bar No. 12476
1700 South Pavilion Center Drive, Suite 530
Las Vegas, Nevada 89135
(702) 878-7878
Attorneys for Plaintiff
Yusleidy Gonzalez-Perez

DATED this 6th day of June, 2025.
**COOPER LEVENSON, P.A.**

/s/
_____
JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
POOJA KUMAR
Nevada Bar No. 12988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
Smith's Food & Drug Centers, Inc.

**ORDER**

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:** June 9, 2025